UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-mj-168 |
| v. | ORDER DISMISSING COMPLAINT WITH PREJUDICE |
| REBECCA MOTA GONZALEZ, | |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss with prejudice the Complaint, charging the defendant with violating 18 U.S.C. § 111(a)(1), pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

IT IS HEREBY ORDERED that the Complaint, charging the defendant with violating 18 U.S.C. § 111(a)(1) in the above-captioned matter is DISMISSED with prejudice.

Dated: January  20 , 2021

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney